No. 04–9323.  JONES v. SALEEBY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–9326.  SCELZI v. BECKER & POLIAKOFF ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 04–9328.  LEE v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 04–9332.  BINNS v. HOUSING AUTHORITY OF THE COUNTY OF COOK.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 04–9333.  BAR-JONAH v. MONTANA.  Sup. Ct. Mont.  Certiorari denied.

No. 04–9335.  ADAMS v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 04–9337.  STERLING v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9341.  ROACH v. MAXEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–9342.  SINGLETON v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–9343.  STAKEY v. PASKETT, WARDEN, ET AL.  Ct. App. Idaho.  Certiorari denied.

No. 04–9344.  SHOEMAKER v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 04–9346.  RANGEL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–9347.  PLCH v. COPLAN, WARDEN.  C. A. 1st Cir.  Certiorari denied.

No. 04–9359.  DENNIS v. GONZALES, ATTORNEY GENERAL, ET AL.  C. A. 3d Cir.  Certiorari denied.